Eric S. Rossman, ISB #4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB # 6009
ephillips@rossmanlaw.com
Chad M. Nicholson, ISB #7506
cnicholson@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
737 N. 7th Street
Boise, Idaho 83702
Telephone:  (208) 331-2030
Facsimile:   (208) 342-2170

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| RICHARD L. ROSE, | ) | **CASE NO. 1:11-cv-00344-BLW** |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | |
| J.R. SIMPLOT COMPANY, d/b/a WESTERN STOCKMEN'S, an Idaho Corporation, | ) | |
| Defendant. | ) | |

COMES NOW, the above named Plaintiff, Richard L. Rose, by and through his counsel of record, the law firm of Rossman Law Group, PLLC, and gives Notice of Voluntary

NOTICE OF VOLUNTARY DISMISSAL - 1

Dismissal by Plaintiff without Order of the Court pursuant to Rule 41(a)(1)(A)(i) of the Idaho Rules of Civil Procedure.

Notice of Voluntary Dismissal without Order of the Court is appropriate because this Notice is filed before service by the Adverse party of an Answer or Motion for Summary Judgment.

DATED this 25th day of January, 2012.

ROSSMAN LAW GROUP, PLLC

By
Chad M. Nicholson
Attorneys for Plaintiff

\\Fileserver\documents\Work\R\Rose, Richard\Pleadings\NoticeofVoluntaryDismissal.doc

NOTICE OF VOLUNTARY DISMISSAL - 2